## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:25-po-05041-TJC** |
| **Plaintiff,** | |
| | **Violation: F0I6000I** |
| **vs.** | **Location Code: M6H** |
| **JASON STEWART,** | |
| | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion (Doc. 3), and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and

all future court dates are vacated.

Dated this 12th day of November, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1